# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Walter White**; DOB: 1989; United States citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-02983MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 15, 2021, in the District of Arizona, **Walter White**, knowing or in reckless disregard that certain illegal aliens, namely Elvia Medina-Galicia, Luz Hernandez-Rojas, Francisco Galicia-Gonzalez, and Lucina Galicia-Avalos, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 15, 2021, in the District of Arizona (Hereford), Border Patrol Agents (BPAs), a team working on a group of undocumented humans in the Brian A. Terry Border Patrol Station area, notice a black mustang traveling south on S. Coronado Memorial Road toward State Route 92 (SR-92). The 2014 black Mustang passed by the BPA, so the BPA caught up to the mustang. The Mustang is registered out of Oklahoma. The BPA did an immigration inspection on the Mustang due to the proximity of the group of undocumented humans and because the vehicle is registered out of Oklahoma. The driver, later identified as **Walter White**, said he is a US Citizen. The BPA asked who the passengers were and **White** said they were his friends. The BPA asked **White** again who the passengers were and **White** said they were people who asked him for a ride. The four passengers in the vehicle said they were from Mexico and did not possess the proper documentation to enter, pass through, or remain in the US legally. The passengers were later identified as Elvia Medina-Galicia, Luz Hernandez-Rojas, Francisco Galicia-Gonzalez, and Lucina Galicia-Avalos.

Records checks revealed that Elvia Medina-Galicia did not have the proper immigration documentation to enter or remain in the U.S. legally. Medina-Galicia was previously removed from the U.S. on October 28, 2015. During Medina-Galicia's interview, she identified White as the driver who was transporting him.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/mh | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>April 16, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54